## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| GREGORY BURNS, | ) |
| Movant, | ) |
| v. | ) No. 4:16-CV-1110 CDP |
| UNITED STATES OF AMERICA, | ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

On June 22, 2016, I ordered counsel to notify the Court whether he would pursue movant's arguments under *Johnson v. United States*, 135 S.Ct. 2551 (2015), no later than September 5, 2016. Counsel has not responded to the Order.

Therefore,

**IT IS HEREBY ORDERED** that counsel must submit his notification no later than **October 3, 2016**.

Dated this 19th day of September, 2016.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE